**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **BEHROOZ P. VIDA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:25-CV-00302-O** |
| | § | |
| **ASSET PROTECTION AUTO, LLC,** | § | |
| **ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES BANKRUPTCY JUDGE**

The United States Bankruptcy Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Bankruptcy Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Bankruptcy Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that adversary proceeding 24-04040, pending in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, is **WITHDRAWN**.

**IT IS FURTHER ORDERED** that Trustee's Default Judgment Motion is **GRANTED in part**, except for Trustee's request for an award of AP Claim Expenses against Asset Protection and Large, which is **DENIED**.

**SO ORDERED** on this **4th day** of **September, 2025.**

_Reed O'Connor_
**CHIEF UNITED STATES DISTRICT JUDGE**